UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Manuel VAZQUEZ, a.k.a. Carlos
Ernesto Gurri, Defendant–
Appellant.

No. 05–15166
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 25, 2006.

Robin J. Farnsworth, Ft. Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Jose Manuel Vazquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Vazquez's conviction and sentence are **AF-FIRMED.**